UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-00261-RJC
(3:18-cr-00292-RJC-DSC-2)

| | |
|---|---|
| LAURENCE SESSUM, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on Petitioner's Pro Se Motion to Vacate, Set Aside or Correct Sentence filed pursuant to 28 U.S.C. § 2255 [Doc. 1] and the Government's Response [Doc. 5]. Petitioner is currently proceeding pro se.

After review of the pleadings, the Court has determined that an evidentiary hearing is necessary to resolve the limited issue of Petitioner's claim that his attorney provided ineffective assistance of counsel relative to the plea negotiations in Petitioner's criminal proceeding.[1] [See Doc. 1 at 4].

**IT IS, THEREFORE, ORDERED** that:

(1) An evidentiary hearing regarding Petitioner's claim that he received ineffective assistance relative to plea negotiations is scheduled for **Friday, August 25, 2023,**

---

[1] The Court notes that, because Petitioner retained counsel in his criminal proceeding, it will not direct the Federal Public Defender to designate counsel for Petitioner in the first instance. The Court, however, will direct that a copy of this Order be sent to the Federal Public Defender in the event that Petitioner seeks appointment of counsel due to a change in his financial position.

**at 10:30 a.m. in Courtroom 4A** in the United States Courthouse in Charlotte, North Carolina.

(2) The U.S. Marshal have Petitioner Laurence Sessum (Reg. No. 34457-058) present in Charlotte, North Carolina forthwith, but not later than August 25, 2023, at 10:30 a.m. for the hearing.

The Clerk is directed to certify copies of this Order to Petitioner, the Federal Public Defender, the United States Attorney, and the United States Marshal Service.

Signed: August 3, 2023

_____
Robert J. Conrad, Jr.
United States District Judge